## Rodríguez, Plaintiff and Appellant, *v.* Rodríguez, Defendant and Appellee.

### Appeal from the District Court of Humacao in an Action for Divorce.—Change of Venue.

#### No. 3179.—Decided January 22, 1924.

Venue—Change of Venue—Appeal—Notice of Appeal—Jurisdiction.—Under section 296 of the Code of Civil Procedure an appeal from an order granting a change of venue will be dismissed for lack of jurisdiction when notice of the appeal is given to the adverse party and to the clerk of the court to which the case is transferred, instead of to the clerk of the court in which the order appealed from is entered.

The facts are stated in the opinion.

*Mr. M. A. Rivera* for the appellant.

*Mr. F. Piñero* for the appellee.

Mr. Justice Wolf delivered the opinion of the court.

The appellant alleged that the District Court of Ponce erred in ordering a change of venue to the District Court of Humacao. We were considering the appeal on its merits when we discovered that the record was certified to us, not by the Secretary of the District Court of Ponce, but by the Secretary of the District Court of Humacao. A closer investigation revealed that the appeal, although notified to the adverse party, was not notified to the Secretary of the District Court of Ponce, but to the Secretary of the District Court of Humacao.

Section 296 of the Code of Civil Procedure provides:

"An appeal is taken by filing with the secretary of the court in which the judgment or order appealed from is entered, a notice stating the appeal from the same, or some specific part thereof, and serving a similar notice on the adverse party, or his attorney."

This section contemplates a notice to the secretary of the court which enters the judgment or order and to no other secretary. Both a notice to the particular secretary and to the adverse party is necessary to transfer the cause and give jurisdiction to this court. We regret the necessity

for this action, but we are without jurisdiction and the appeal must be dismissed.

*Appeal dismissed.*

Chief Justice Del Toro and Justices Aldrey and Hutchison concurred.

Mr. Justice Franco Soto took no part in the decision of this case.